539 A.2d 348

Albert R. SWINK, Sr., Appellant,

v.

WORKMEN'S COMPENSATION APPEAL BOARD (BURRELL CONSTRUCTION & SUPPLY CO. and Bituminous Insurance Companies).

Supreme Court of Pennsylvania.

Argued March 7, 1988.

Decided March 21, 1988.

Donald J. McCue, McCue & Watson, Connellsville, for appellant.

Richard J. Schubert, Poughkeepsie, for amicus curiae.

Robert C. Little, Burns, Manley & Little, P.C., Thomas J. Magrann, Secretary, W.C.A.B., Harrisburg, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.